

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO,<br><br>Petitioner,<br><br>v.<br><br>FELICIA PONCE, Warden,<br><br>Respondent. | No. 2:21-cv-00072-ODW (JDE)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition (Dkt. 10, "Petition"), the Motion to Dismiss filed by Respondent (Dkt. 17 "Motion to Dismiss"), Petitioner's Motion to Dismiss the Government Response and supporting Exhibits (Dkt. 23, 24), the Report and Recommendation (DKt. 28, "Report") of the United States Magistrate Judge, and Petitioner's Motion for Amended and Supplemental Pleading (Dkt. 29, "Request"), by which Petitioner seeks leave "to extend the record to include" certain additional "evidence." The Court has considered Petitioner's Request and the "evidence" therein, and further interprets the Request broadly to additionally constitute an Objection to the Report.

1

2          The Court has engaged in a <u>de novo</u> review of those portions of the

3   Report and Recommendation to which objections have been made. The Court

4   accepts the findings and recommendation of the Magistrate Judge.

5          IT IS THEREFORE ORDERED that:

6   (1)     Respondent's Motion to Dismiss (Dkt. 17) is GRANTED;  and

7   (2)     Judgment shall be entered dismissing this action without

8           prejudice.

9

10

11  Dated:   August 3, 2021

12

13                                          _____

14                                          OTIS D. WRIGHT, II
                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28