JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO, | No. 2:21-cv-00072-ODW (JDE) |
| Petitioner, | |
| v. | JUDGMENT |
| FELICIA PONCE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative petition is denied and this action is dismissed without prejudice.

Dated: August 3, 2021

_____
OTIS D. WRIGHT, II
United States District Judge